UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J M SMITH CORPORATION d/b/a SMITH DRUG COMPANY, on behalf of itself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>SHIRE LLC and SHIRE US INC.,<br>Defendants | Case Action No. 1:17-CV-10229-ADB |

### NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff J M Smith Corporation d/b/a Smith Drug Company hereby gives notice that the above-captioned action against Shire LLC and Shire US Inc. is voluntarily dismissed without prejudice.

Date: March 9, 2017

By its attorneys,

 /s/ *Thomas G. Shapiro*
**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro, Esq., BBO #454680
tshapiro@shulaw.com
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
Fax: (617) 439-0134

**GARWIN GERSTEIN & FISHER LLP**
Bruce E. Gersein, Esq.
bgerstein@garwingerstein.com
Joseph Opper, Esq.
jopper@garwingerstein.com
Elena K. Chan, Esq.
echan@garwingerstein.com
Ephraim R. Gerstein, Esq.
egerstein@garwingerstein.com
88 Pine Street, 10th Floor
New York, NY 10005

Tel: (212) 398-0055
Fax: (212) 764-6620

**ODOM & DES ROCHES, LLC**
Stuart Des Roches, Esq.
stuart@odrlaw.com
Andrew Kelly, Esq.
akelly@odrlaw.com
Dan Chiorean, Esq.
dchiorean@odrlaw.com
Poydras Center, Suite 202
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

**SMITH SEGURA & RAPHAEL LLP**
David P. Smith, Esq.
dsmith@ssrllp.com
Susan C. Segura, Esq.
ssegura@ssrllp.com
David Raphael, Esq.
draphael@ssrllp.com
3600 Jackson Street, Suite 111
Alexandria, LA 71303
Tel: (318) 445-4480

**HEIM PAYNE & CHORUSH LLP**
Russell Chorush, Esq.
rchorush@hpcllp.com
Miranda Jones, Esq.
mjones@hpcllp.com
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021

*Attorneys for Plaintiff J M Smith Corporation d/b/a Smith Drug Company and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: March 9, 2017

                                                  */s/ Thomas G. Shapiro*_____
                                                **THOMAS G. SHAPIRO**